**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2199**

WANDA J. BURKS,

Plaintiff - Appellant,

v.

JAMES RODGER, Norfolk Neighborhood Development; CLEVE CHAPPELL; DAVID FIRNSTALH; JOSH HAIGHT; RONALD LEE; NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY, Renovation Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:17-cv-00390-MSD-RJK)

Submitted: February 15, 2018                          Decided: February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda J. Burks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda J. Burks appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burks v. Rodger*, No. 2:17-cv-00390-MSD-RJK (E.D. Va. Sept. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the action without prejudice, the district court's order is a final appealable order under *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015), and *Martin v. Duffy*, 858 F.3d 239, 247 (4th Cir. 2017) ("repeated, ineffective attempts at amendment suggest that further amendment of the complaint would be futile").